NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Adam P. Zaffos (SBN: 217669)
Clay R. Wilkinson (SBN: 269080)
Fernald & Zaffos APC
15910 Ventura Blvd., Suite 1702
Encino, CA 91436
T: (323) 410-0300; F: (323) 410-0330
adam@fzlaw.com // clay@fzlaw.com

ATTORNEY(S) FOR: Defendants EQIBANK LIMITED, et al.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEYOND ENTERPRISES, LLC<br><br>Plaintiff(s),<br>v.<br>EQIBANK LIMITED, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-12208-MCS-MBK<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants EQIBANK LIMITED, et al. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jason Blick | Director of EQITrade and EQIBank Limited. |
| Brad Yasar | Chief Executive Officer of EQIFi JV Limited and EQI Token's Limited |

September 28, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendants EQIBANK LIMITED, et al.