Daniel B. Lopez, SBN: 338377
Law Office of Daniel B. Lopez, PC
1401 21st Street, #16021
Sacramento, CA 95811
Tel: 818-675-6246
Email: danielblopez.esq@gmail.com

*Attorney for Plaintiff*
*Beyond Enterprises LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| BEYOND ENTERPRISES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>EQIBANK LIMITED, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-12208-MCS-MBK<br>*Hon. Mark C. Scarsi*<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**<br><br>Action Filed: December 23, 2025<br>Trial Date: None Set |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Plaintiff BEYOND ENTERPRISES LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

BEYOND ENTERPRISES LLC is not publicly traded, nor is it owned by a publicly traded company.

Chatsworth, California
September 28, 2026

Respectfully submitted,

LAW OFFICE OF DANIEL B. LOPEZ

/s/ Daniel B. Lopez
Daniel B. Lopez
Attorney for Plaintiff
*Beyond Enterprises LLC*