# EXHIBIT 4

# Invoice

**# BEY-EQIB-01**

**Beyond Enterprizes**
1910 Thomes Ave
Cheyenne 82001
U.S.A

**Balance Due**
**$0.00**

Bill To
**EQIBank Limited**
24 Hillsborough Street, suite II
Roseau
Commonwealth of Dominica

Invoice Date : 13 Sep 2024
Terms : Due On Receipt
Due Date : 13 Sep 2024

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Software maintenance September 2024 | 1.00 | 12,500.00 | 12,500.00 |

| | |
|---|---|
| Sub Total | 12,500.00 |
| **Total** | **$12,500.00** |
| Payment Made | (-) 12,500.00 |
| **Balance Due** | **$0.00** |

## Notes

Thank you for your business.

## Terms & Conditions

Please make payments to:
USD:Wells Fargo Bank, N.A.- Account number: [redacted]0542- Routing Number: 121042882 SWIFT Code: WFBIUS6S
Bank address: Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104
BTC: 3JWyUufWg9zqYHC6EPsFxv71nE6Ucyr1b8
USDT (ERC20): 0x79ac22b8dCBD02Bf96a1836039a1A60b2D8dADda
ETH: 0x4Bf3748456e82eA1716CEcA24173F9895c036E82

IF YOU PAY BY BTC OR ETH PLEASE MAKE SURE YOU EMAIL YOUR TXHASH CONFIRMATION TO BRAD@BEYONDENTERPRIZES.COM. THANK YOU!

# Invoice

**# BEY-EQIB-02**

**Beyond Enterprizes**
1910 Thomes Ave
Cheyenne 82001
U.S.A

**Balance Due**
**$0.00**

Bill To
**EQIBank Limited**
24 Hillsborough Street, suite II
Roseau
Commonwealth of Dominica

Invoice Date : 13 Sep 2024
Terms : Due On Receipt
Due Date : 13 Sep 2024

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Software maintenance October 2024 | 1.00 | 25,000.00 | 25,000.00 |

| | |
|---|---|
| Sub Total | 25,000.00 |
| **Total** | **$25,000.00** |
| Payment Made | (-) 25,000.00 |
| **Balance Due** | **$0.00** |

## Notes

Thank you for your business.

## Terms & Conditions

Please make payments to:
USD:Wells Fargo Bank, N.A.- Account number: [redacted]0542- Routing Number: 121042882 SWIFT Code: WFBIUS6S
Bank address: Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104
BTC: 3JWyUufWg9zqYHC6EPsFxv71nE6Ucyr1b8
USDT (ERC20): 0x79ac22b8dCBD02Bf96a1836039a1A60b2D8dADda
ETH: 0x4Bf3748456e82eA1716CEcA24173F9895c036E82

IF YOU PAY BY BTC OR ETH PLEASE MAKE SURE YOU EMAIL YOUR TXHASH CONFIRMATION TO BRAD@BEYONDENTERPRIZES.COM. THANK YOU!