# EXHIBIT 5

# Invoice

**# BEY-ETECH-29**

**Balance Due**
**$0.00**

**Beyond Enterprizes**
1910 Thomes Ave
Cheyenne 82001
U.S.A

Bill To
**EQITech SEZC Limited**
90 North Church Street, PO Box 1103, Strathvale House, 2nd Floor
George Town
Cayman Islands

| | |
|---|---|
| Invoice Date : | 18 Dec 2023 |
| Terms : | Due on Receipt |
| Due Date : | 18 Dec 2023 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Software maintenance for EMS January 2024 | 1.00 | 15,000.00 | 15,000.00 |

| | |
|---|---|
| Sub Total | 15,000.00 |
| **Total** | **$15,000.00** |
| Payment Made | (-) 15,000.00 |
| **Balance Due** | **$0.00** |

## Notes

Thank you for your business.

## Terms & Conditions

Please make payments to:
USD:Wells Fargo Bank, N.A.- Account number: [redacted]0542- Routing Number: 121042882 SWIFT Code: WFBIUS6S
Bank address: Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104
BTC: 3JWyUufWg9zqYHC6EPsFxv71nE6Ucyr1b8
USDT (ERC20): 0x79ac22b8dCBD02Bf96a1836039a1A60b2D8dADda
ETH: 0x4Bf3748456e82eA1716CEcA24173F9895c036E82

IF YOU PAY BY BTC OR ETH PLEASE MAKE SURE YOU EMAIL YOUR TXHASH CONFIRMATION TO BRAD@BEYONDENTERPRIZES.COM. THANK YOU!

# Invoice

**# BEY-ETECH-30**

**Beyond Enterprizes**
1910 Thomes Ave
Cheyenne 82001
U.S.A

**Balance Due**
**$0.00**

Bill To
**EQITech SEZC Limited**
90 North Church Street, PO Box 1103, Strathvale House, 2nd Floor
George Town
Cayman Islands

| | |
|---|---|
| Invoice Date : | 25 Jan 2024 |
| Terms : | Due on Receipt |
| Due Date : | 25 Jan 2024 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Software maintenance for EMS February 2024 | 1.00 | 15,000.00 | 15,000.00 |

| | |
|---|---|
| Sub Total | 15,000.00 |
| **Total** | **$15,000.00** |
| Payment Made | (-) 15,000.00 |
| **Balance Due** | **$0.00** |

## Notes

Thank you for your business.

## Terms & Conditions

Please make payments to:
USD:Wells Fargo Bank, N.A.- Account number: [redacted]0542- Routing Number: 121042882 SWIFT Code: WFBIUS6S
Bank address: Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104
BTC: 3JWyUufWg9zqYHC6EPsFxv71nE6Ucyr1b8
USDT (ERC20): 0x79ac22b8dCBD02Bf96a1836039a1A60b2D8dADda
ETH: 0x4Bf3748456e82eA1716CEcA24173F9895c036E82

IF YOU PAY BY BTC OR ETH PLEASE MAKE SURE YOU EMAIL YOUR TXHASH CONFIRMATION TO BRAD@BEYONDENTERPRIZES.COM. THANK YOU!

# Invoice

**# BEY-ETECH-31**

**Beyond Enterprizes**
1910 Thomes Ave
Cheyenne 82001
U.S.A

**Balance Due**
**$0.00**

Bill To
**EQITech SEZC Limited**
90 North Church Street, PO Box 1103, Strathvale House, 2nd Floor
George Town
Cayman Islands

Invoice Date : 22 Feb 2024
Terms : Due on Receipt
Due Date : 22 Feb 2024

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Software maintenance for EMS March 2024 | 1.00 | 15,000.00 | 15,000.00 |

| | |
|---|---|
| Sub Total | 15,000.00 |
| **Total** | **$15,000.00** |
| Payment Made | (-) 15,000.00 |
| **Balance Due** | **$0.00** |

## Notes

Thank you for your business.

## Terms & Conditions

Please make payments to:
USD:Wells Fargo Bank, N.A.- Account number: [redacted]0542- Routing Number: 121042882 SWIFT Code: WFBIUS6S
Bank address: Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104
BTC: 3JWyUufWg9zqYHC6EPsFxv71nE6Ucyr1b8
USDT (ERC20): 0x79ac22b8dCBD02Bf96a1836039a1A60b2D8dADda
ETH: 0x4Bf3748456e82eA1716CEcA24173F9895c036E82

IF YOU PAY BY BTC OR ETH PLEASE MAKE SURE YOU EMAIL YOUR TXHASH CONFIRMATION TO BRAD@BEYONDENTERPRIZES.COM. THANK YOU!